```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07472
    LAWRENCE D. JOHNSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-3559


---------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/26/06 and confirmed on 09/14/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26230.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG           .00            .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE      10912.77            .00       10912.77
AMERICREDIT FINANCIAL      SECURED             6225.00         564.19        6225.00
NCO FINANCIAL SYSTEMS IN   UNSECURED         NOT FILED            .00            .00
CENTRAL CREDIT UNION OF    UNSECURED           1589.49          59.55        1589.49
AMERICREDIT FINANCIAL      UNSECURED           1820.92          68.25        1820.92
ASSET ACCEPTANCE CORP      UNSECURED             67.39           2.55          67.39
KIMBERLI IMIG              CHILD SUPPORT          .00             .00            .00
         Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17137.77         .00       3477.80         .00       20615.57
PRINCIPAL PAID      17137.77         .00       3477.80         .00       20615.57
INTEREST PAID         564.19         .00        130.35         .00         694.54
TOTAL PAID          17701.96         .00       3608.15         .00       21310.11
The Debtor's attorney, SHERIDAN & LASS                  , was allowed $    2500.00
and was paid $     2500.00 .

The Trustee received $    1068.26 .

Refunds to the Debtor totaled $    1351.63 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/08/08                  /S/
                                  GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 07472 LAWRENCE D. JOHNSON